

**Josemaria Resources Inc.**
2000-885 West Georgia Street
Vancouver, BC, V6C 3E8, Canada

**Employee Name:** Charles Rajuai
**Job Title:** Manager, Contracts

**Pay Date:** 07/29/2022
**Pay Period:** 07/01/2022 - 07/31/2022
**Pay Frequency:** Monthly

| Payment Summary ($USD) | | |
|---|---:|---:|
| | **Current** | **YTD** |
| **Earnings** | | |
| Base Salary | 20,000.00 | 140,000.00 |
| Hypo Tax Withheld on Base Salary (Note 1) | (3,301.50) | (23,110.50) |
| 2021 Short Term Incentive | - | 15,000.00 |
| Hypo Tax Withheld on 2021 Short Term Incentive | - | (5,550.00) |
| **Total Gross Compensation** | **20,000.00** | **155,000.00** |
| **Total Hypo Tax Withheld** | **(3,301.50)** | **(28,660.50)** |
| **Net Pay (Direct Deposit)** | **16,698.50** | **126,339.50** |

**Notes:**
1. Hypo tax has been estimated based on tax rates applicable in the United States.



**Josemaria Resources Inc.**
2000-885 West Georgia Street
Vancouver, BC, V6C 3E8, Canada

| **Employee Name:** | Charles Rajuai | | **Pay Date:** | 06/30/2022 |
|---|---|---|---|---|
| **Job Title:** | Manager, Contracts | | **Pay Period:** | 06/01/2022 - 06/30/2022 |
| | | | **Pay Frequency:** | Monthly |

| **Payment Summary ($USD)** | | |
|---|---:|---:|
| | **Current** | **YTD** |
| **Earnings** | | |
| Base Salary | 20,000.00 | 120,000.00 |
| Hypo Tax Withheld on Base Salary (Note 1) | (3,301.50) | (19,809.00) |
| 2021 Short Term Incentive | - | 15,000.00 |
| Hypo Tax Withheld on 2021 Short Term Incentive | - | (5,550.00) |
| **Total Gross Compensation** | **20,000.00** | **135,000.00** |
| **Total Hypo Tax Withheld** | **(3,301.50)** | **(25,359.00)** |
| **Net Pay (Direct Deposit)** | **16,698.50** | **109,641.00** |

**Notes:**
1. Hypo tax has been estimated based on tax rates applicable in the United States.