IN THE UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: EDWARD CHARLES RAJUAI | CASE NO. 22-32387-H5 |
| DEBTOR | CHAPTER 13 |

### DEBTOR'S SECOND EMERGENCY MOTION TO VACATE ORDER OF DISMISSAL
**(DOCKET NO. 121)**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**EMERGENCY RELIEF IS NEEDED BY March 15, 2024. Emergency relief is required because as per the Order of Dismissal Post-Confirmation for Non-Payment, Debtor may seek to vacate the dismissal order by paying the plan payment arrears in the amount of $43,350.00 under Docket No. 121. Further, under the Order Denying Emergency Motion to Vacate Order of Dismissal under Docket No. 124, the Debtor may seek to vacate the dismissal order for non-payment, when the Trustee payments are current, if this occurs within a reasonable period.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, EDWARD CHARLES RAJUAI, Debtor herein, and files this Second Emergency Motion to Vacate Order of Dismissal (Docket No. 121) and would respectfully show the Court as follows:

1. The Chapter 13 Trustee, Tiffany D. Castro, filed a Motion to Dismiss on December 18, 2023, under docket no. 114, for non-payment. Said Motion was granted by this Court on February 4, 2024, under docket no. 121.

2. Under the Order of Dismissal Post Confirmation for Non-Payment, Debtor seeks to vacate the dismissal order of his Chapter 13 case by paying the plan payment arrears in the amount of $43,350.00.

3. Debtor had received a large deposit on 02/14/2023 and the funds were held by Debtor's bank until 02/23/2024 and were not available to send to the Trustee until 02/26/2024.

4. Debtor posted to the Trustee through the TFS system $9,000.00 on 02/09/2024 and the remainder $34,350.00 was sent by a wire transfer on 02/26/2024. Both payments have cleared Debtor's bank.

5. Debtor filed an Emergency Motion to Vacate Order of Dismissal on 02/27/2024 under docket no. 123. The motion was denied without prejudice on 02/27/2027, under docket no. 124 and under the Order Denying Emergency Motion to Vacate Order of Dismissal, the Debtor may seek to vacate the dismissal order for non-payment, when the Trustee payments are current, if this occurs within a reasonable period.

6. Debtor initiated the following payments through the TFS system in the amount of $9,000.00 on 03/08/2024 and $5,450.00 on 03/11/2024. Both payments have been deducted from Debtor's account and the TFS system shows both payments as cleared. The Trustee should receive the payments by 03/15/2024. A copy of the proof of payments are attached as Exhibit "A".

7.      Debtor will start the process with TFS for the March payment on 03/15/2024. Debtor can only send $9,000.00 at one time through TFS, which is the reason he has to break up the payment amount. A copy of the proof of scheduled payment is attached as Exhibit "B".

**WHEREFORE, PREMISES CONSIDERED**, Debtor prays that this Court enter an Order vacating the order dismissing this Chapter 13 Case (Docket No. 121) or set for hearing, and for all other relief that is just and proper.

Respectfully submitted,

**RASHID LAW FIRM**

*/s/ RADI M. RASHID*
RADI M. RASHID
SBN: 24109047/ SDTX: 1125413
10222 Gulf Freeway, Ste. B-100
Houston, TX 77034
(832) 209-8833 Phone
(832) 900-4932 Fax
cmecfrashid@gmail.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Debtor's Second Emergency Motion to Vacate Order of Dismissal (Docket No. 121) was served to all parties in interest at the addresses set forth below by via first class, telephonic transmission and/or served by electronic means to all interested parties registered with the CM/ECF system on March 15, 2024.

/s/ RADI M. RASHID
RADI M. RASHID
Attorney for Debtor

US Trustee
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002

William E. Heitkamp
Chapter 13 Trustee
9821 Katy Freeway, Ste. 590
Houston, TX 77024

Edward Charles Rajuai
5715 Paroo Canyon Lane
Sugar Land, TX 77479

**CREDITORS:**

Access Financial Resources Inc.
PO Box 570534
Houston, TX 77257

Affirm, Inc.
Attn: Bankruptcy Dept.
30 Isabella St, Floor 4
Pittsburgh, PA 15212

American Express
Customer Service
PO Box 981537
El Paso, TX 79998

American Express
Attn: Bankruptcy Dept.
PO Box 981540
El Paso, TX 79998

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Bank of America
Attn: Bankruptcy Dept.
4909 Savarese Circle
Tampa, FL 33634

Capital One
Attn: Bankruptcy Dept.
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chex Systems, Inc.
Attn: Consumer Relations
7805 Hudson Rd., Suite 100
Woodbury, MN 55125

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

Emily A. Bohls
1920 N Memorial Way, Ste. 110
Houston, TX 77007

Fingerhut
Attn: Bankruptcy Dept.
6250 Ridgewood Rd.
St. Cloud, MN 56303

First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117

Harris County Tax Assessor-Collector
PO Box 3547
Houston, TX 77253-3547

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding LLC its successors and assi
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mackie Wolf Zientz & Mann, PC
Attorneys at Law
Parkway Office Center, Ste. 900
14160 Dallas Parkway
Dallas, TX 75254

Marcus by Goldman Sachs
Attn: Bankruptcy Dept.
PO Box 45400
Salt Lake City, UT 84145

Midland Funding LLC
Attn: Bankruptcy Dept.
320 East Big Beaver, Ste. 300
Troy, MI 48083

Mission Lane LLC
Attn: Bankruptcy Dept.
PO Box 105286
Atlanta, GA 30304

Riverstone HOA
18353 University Boulevard
Sugar Land, TX 77479

Rushmore Loan Management Services LLC
Attn: Bankruptcy Department
PO Box 55004
Irvine, CA 92619-5004

TeleCheck Services, Inc.
Attn: Bankruptcy Department
PO Box 6806
Hagerstown, MD 21741-6806

Terri Rajuai
5715 Paroo Canyon Lane
Sugar Land, TX 77479

Texas Workforce Commission
Benefit Overpayment Collections
PO Box 149352
Austin, TX 78714

Wells Fargo Bank, N.A.
1 Home Campus MAC X2303-01A
3rd Floor
Des Moines, IA 50328

Wells Fargo Card Services
PO Box 14517
Des Moines, IA 50306