United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32387 |
| **EDWARD CHARLES RAJUAI,** | § | |
| | § | |
| Debtor. | § | |
| | § | **CHAPTER 13** |

### ORDER DENYING SECOND EMERGENCY MOTION TO VACATE
### ORDER DISMISSING CASE

This matter is before the Court on the Second Emergency Motion to Vacate Order of Dismissal (ECF No. 126) filed by the debtor. The debtor is requesting this Court vacate its prior order dismissing this case due to failure to make payments. However, debtors are still delinquent. The Trustee's website shows that debtor is delinquent in the amount of $14,450.00 (Trustee's website last visited March 25, 2024). The Court denied the previous motion to vacate for the same reason (ECF No. 124). The amount to cure the deficiency at the time of the dismissal on February 4, 2024 was $43,350.00, which was paid in full on February 26, 2024. However, the February payment of $14,450.00 then became due resulting in the order denying the previous motion to vacate at ECF No. 124. The February payment was then paid in full by March 18, 2024. However, the March payment in the amount of $14,450.00 is now due.

As the case was dismissed on February 4, 2024, it has now become final. This Court's policy is to freely vacate dismissal orders for non-payment when the debtor becomes current within a reasonable period. It has now been 50 days since the dismissal.

**THEREFORE, IT IS ORDERED** that the Second Emergency Motion to Vacate Order Dismissing Case is denied.

**SO ORDERED.**

SIGNED 03/25/2024

_____
Jeffrey Norman
United States Bankruptcy Judge